# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

STATE OF TENNESSEE, by and
through the Tennessee General Assembly,
TENNESSEE GENERAL ASSEMBLY,
SENATOR JOHN STEVENS,
individually and in his official capacity
as Member of the Tennessee Senate for
the 24th Senatorial District, and
REPRESENTATIVE TERRI LYNN
WEAVER, individually and in her
official capacity as Member of the
Tennessee House of Representatives for
the 40th House District,

        Plaintiffs,

v.                               Case No. 1:17-cv-01040-JDB-egb

UNITED STATES DEPARTMENT
OF STATE, REX TILLERSON, in his
official capacity as United States
Secretary of State, BUREAU OF
POPULATION, REFUGEES, AND
MIGRATION, SIMON HENSHAW,
in his official capacity as Acting
Assistant Secretary of State for Population,
Refugees, and Migration, UNITED
STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
THOMAS E. PRICE, in his official
capacity as Secretary of Health
Health and Human Services, OFFICE
OF REFUGEE RESETTLEMENT,
KEN TOTA, in his official capacity
as Acting Director of the Office of
Refugee Resettlement,

        Defendants.
_____/

## AFFIDAVIT OF SERVICE FOR SUMMONS COMPLAINT SERVED ON KEN TOTA

1. I, Francia S. Morello, make this declaration pursuant to 28 U.S.C. § 1746 and based on my personal knowledge.

2. I am an adult citizen of the State of Michigan and not a party in the above-captioned case. I am Office Manager/Paralegal for the Thomas More Law Center and have personal knowledge of the facts testified to in this sworn declaration.

3. I served a copy of the Summons and Complaint for **KEN TOTA**, in his official capacity as Acting Director of the Office of Refugee Resettlement, in the above-captioned case, as follows:

a. by sending a copy of each by certified mail, on March 16, 2017, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure to by sending a copy of each by certified mail on March 16, 2017, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure to Ken Tota, Office of Refugee Resettlement, 330 C Street SW, Washington, D.C. 20201. A true and accurate copy of the stamped Certified Mail receipt and U.S. Post Office delivery verification is attached hereto as Exhibit 1.

b. by sending a copy of each, on March 16, 2017, by certified mail pursuant to Rule 4(i) of the Federal Rules of Civil Procedure to the U.S. Attorney for the Western District of Tennessee, Civil Process Clerk, Office of the U.S. Attorney Edward L. Stanton III, 167 North Main Street, Suite 800, Memphis, TN 38103. A true and accurate copy of the stamped Certified Mail receipt and the signed Return Receipt is attached hereto as Exhibit 2.

c. by sending a copy of each, on March 16, 2017, by certified mail pursuant to Rule 4(i) of the Federal Rules of Civil Procedure to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001. A true and accurate copy of the stamped Certified Mail Receipt and signed Return Receipt is

attached hereto as Exhibit 3.

I declare (or certify, verify, or state) under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 2nd day of May, 2017

Francia S. Morello
Thomas More Law Center
24 Frank Lloyd Wright Drive
P.O. Box 393
Ann Arbor, MI 48106

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2017, a copy of the foregoing **AFFIDAVIT OF SERVICE FOR SUMMONS AND COMPLAINT SERVED ON KEN TOTA,** with attached certificate of service and accompanying exhibits, was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that on May 2, 2017, a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically:

Civil Process Clerk
Office of the U.S. Attorney Edward L. Stanton III
167 North Main Street
Suite 800
Memphis, TN 38103

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

United States Department of State
C/O The Executive Office,
Office of the Legal Adviser
Suite 5.600,
600 19th Street NW.
Washington DC 20522

Rex Tillerson
C/O The Executive Office,
Office of the Legal Adviser
Suite 5.600,
600 19th Street NW.
Washington DC 20522

Bureau of Population, Refugees & Migration
C/O The Executive Office,
Office of the Legal Adviser
Suite 5.600,
600 19th Street NW.
Washington DC 20522

Simon Henshaw
C/O The Executive Office,
Office of the Legal Adviser
Suite 5.600,
600 19th Street NW.
Washington DC 20522

U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC  20201

Thomas E. Price
U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC  20201

Office of Refugee Resettlement
330 C Street SW
Washington, D.C.  20201

Ken Tota
Office of Refugee Resettlement
330 C Street SW
Washington, D.C.  20201

                                            THOMAS MORE LAW CENTER

                                            /s/Kate Oliveri
                                            Kate Oliveri  (MI Bar No. 79932)



**EXHIBIT 1**

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70122210000224000889

Delivered

**Updated Delivery Day:** Monday, March 20, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**            **Features:**
                               Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 20, 2017, 11:52 am | Delivered, To Mail Room | WASHINGTON, DC 20201 |
| | Your item has been delivered to the mail room at 11:52 am on March 20, 2017 in WASHINGTON, DC 20201. | |
| March 20, 2017, 7:46 am | Arrived at Unit | WASHINGTON, DC 20018 |
| March 18, 2017, 8:00 am | In Transit to Destination | |
| March 17, 2017, 1:00 am | Departed USPS Origin Facility | PONTIAC, MI 48340 |

See More ⌄

## Available Actions

Text Updates                                                                    ⌄

Email Updates                                                                   ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)



**EXHIBIT 2**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Morcum Glass
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Civil Process Clerk
Office of the U.S. Attorney Edward L. Stanton III
167 North Main Street, Suite 800
Memphis, TN 38103

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 2210 0002 2400 0896

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**EXHIBIT 3**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MAR 21 2017
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 2210 0002 2400 0902

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540