IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |  |
|---|---|---|
| STATE OF TENNESSEE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-01040-STA-egb |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**

This case is before the Court on the motion of Defendants U.S. Department of State, *et al.*, for (i) an extension of time from May 15 to June 1, 2017, to file their motion to dismiss Plaintiffs' Complaint for Declaratory and Injunctive Relief (ECF No. 1) (the "Complaint"); and (ii) an enlargement of the page limits applicable to the parties' memoranda in support of and opposition to Defendants' motion.  Plaintiffs State of Tennessee, *et al.*, consent to the relief requested by Defendants, with the exception of Defendants' request for an enlargement of the page limit applicable to Defendants' reply brief.  Upon consideration of Defendants' submissions in support of their motion, and any opposition thereto,

IT IS HEREBY ORDERED THAT:

1. Defendants' motion is GRANTED.

2. Defendants shall have until June 1, 2017, to file their motion to dismiss Plaintiffs' Complaint.

3. The parties may file memoranda of facts and law in support of and opposition to Defendants' motion, respectively, of up to 35 pages in length.  Defendants may

file a reply in support of their motion of up to 15 pages in length.  Plaintiffs may file a 5 page sur-reply within ten days of the filing of the reply.

**IT IS SO ORDERED.**

                                            **s/ S. Thomas Anderson**
                                            S. THOMAS ANDERSON
                                            CHIEF UNITED STATES DISTRICT JUDGE

                                            Date:  May 15, 2017