# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **STATE OF TENNESSEE, ET AL** | JUDGMENT IN A CIVIL CASE |
|     **Plaintiffs,** | |
| **vs.** | |
| **UNITES STATES DEPARTMENT OF STATE, ET AL.** | CASE NO: 17-1040-STA-egb |
|     **Defendants.** | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion To Dismiss and Denying Motion To Intervene as Moot entered on March 19, 2018, this cause is hereby dismissed.

                                                             **APPROVED:**

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 3/19/2018**                  THOMAS M. GOULD
                                          **Clerk of Court**

                                                              s/Maurice B. BRYSON

                                                              **(By) Deputy Clerk**