# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 24, 2019

Mr. Thomas M. Gould
Western District of Tennessee at Jackson
111 S. Highland Avenue
Suite 262 U.S. Courthouse
Jackson, TN 38301-0000

      Re: Case No. 18-5478, *State of Tennessee, et al v. U.S. Department of State, et al*
        Originating Case No. : 1:17-cv-01040

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Maddison R Edelbrock
                For Cheryl Borkowski

cc: Mr. John J. Bursch
   Ms. Samantha Lee Chaifetz
   Ms. Sarah Lynne Grusin
   Ms. Alisa B. Klein
   Mr. Mark B. Stern
   Mr. Richard Thompson
   Mr. Cody Wofsy

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-5478

_____

Filed: October 24, 2019

STATE OF TENNESSEE, by and through the Tennessee General Assembly; TENNESSEE GENERAL ASSEMBLY; SENATOR JOHN STEVENS, individually and in his official capacity as Member of the Tennessee Senate for the 24th Senatorial District; REPRESENTATIVE TERRI LYNN WEAVER, individually and in her official capacity as Member of the Tennessee House of Representatives for the 40th House District

   Plaintiffs - Appellants

v.

UNITED STATES STATE DEPARTMENT; MICHAEL J. POMPEO, in his official capacity as United States Secretary of State; BUREAU OF POPULATION, REFUGEES, AND MIGRATION; CAROL THOMPSON O'CONNELL, in her official capacity as Principal Deputy Assistant Secretary of State for Population Refugees, and Migration; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR, II, in his official capacity as United States Secretary of Health and Human Services; OFFICE OF REFUGEE RESETTLEMENT; E. SCOTT LLOYD, in his official capacity as Director of the Office of Refugee Resettlement

   Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 07/24/2019 the mandate for this case hereby issues today.

COSTS: None